AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. : 22−mj−00174 |
| Kasey Von Owen Hopkins | ) | Assigned To: Magistrate Judge Meriweather, Robin M. |
| DOB: XXXXXX | ) | Assign. Date : 8/4/2022 |
| | ) | Description: Complaint with Arrest Warrant |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Vincent Kingston, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/04/2022

*Judge's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*