Case No.: 22–mj–00174
Assigned To: Magistrate Judge Meriweather, Robin M.
Assign. Date : 8/4/2022
Description: Complaint with Arrest Warrant

## STATEMENT OF FACTS

Your affiant, Vincent Kingston, is a Task Force Officer assigned to the Kansas City Field Office (FBI KC) since November of 2018. I am currently assigned to the Domestic Terrorism and Weapons of Mass Destruction Squad, which is a component of the Joint Terrorism Task Force. I have been employed by the Kansas City, Kansas Police Department since May 2004, and was promoted to Detective in October 2010. As a Detective, I investigated crimes while assigned to the Property Crimes Unit, Crimes Against Children, and Internal Affairs. Through my experience, education, and training, I have become familiar with the way individuals use force or violence to promote a social or political goal.

Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

According to records obtained through a search warrant which was served on AT&T, on January 6, 2021, in and around the time of the incident, the cell phone associated with 816-809-6901 was identified as having utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol building.

AT&T showed that the subscriber for the phone number 816-809-6901 was Kasey HOPKINS, 3 N. 80th Place Kansas City, Kansas. HOPKINS' phone was initially located within the U.S. Capitol on January 6, 2021 at approximately 2:54 PM and last located at approximately 3:12 PM. The duration of HOPKINS' electronic device within the U.S. Capitol was approximately eighteen minutes.

A review of driver's license information from the Kansas Department of Revenue identified HOPKINS as residing in Kansas City, Kansas. According to HOPKINS' driver's license information, he was described as 6'02" tall and weighed approximately 230 lbs.

An open-source search of Facebook for "Kasey Hopkins" revealed a Kasey Hopkins (display name kasey.hopkins.526) residing in Kansas City, Kansas, with this publicly viewable profile picture:



*Figure 1*

On September 14, 2021, the FBI, including myself, contacted HOPKINS at his residence. HOPKINS voluntarily provided information about his activities on January 6, 2021. HOPKINS had travelled to Washington, DC, for the "Stop the Steal" rally. After the rally, he walked to the U.S. Capitol building. When he arrived, the building had already been breached. HOPKINS showed agents a cell phone photo of his clothing from that day but did not provide a copy. In the photograph, HOPKINS was wearing a red "Trump Train" baseball cap, a gray hooded sweatshirt under a black vest, and blue jeans. HOPKINS added that he had also been wearing a blue face covering. HOPKINS also showed agents a photograph of an individual he had met while in Washington, DC and accompanied during that day. That individual was a white male wearing a black "Vans" baseball cap, black jacket, and blue jeans.

After the interview, and with the information provided by HOPKINS regarding his clothing, Agents were able to locate video footage of HOPKINS entering the Capitol building on January 6th. The following images were captured from U.S. Capitol Police (USCP) Closed-Circuit Television (CCTV) video footage at the U.S. Capitol. The timestamp was 5 hours ahead of the actual time, e.g. 20:00 was 15:00, which is 3:00 PM EST.



*Figure 2*

Hopkins entered through the fire door near theSenate Parliamentarian's Office at approximately 2:54 PM.



*Figure 3*

Hopkins exited the same door at 2:57 PM.



*Figure 4*
Hopkins, circled in red, re-entered the Capitol building through the Senate Wing Door.



*Figure 5*
Hopkins entered the office of Senator Jeffrey Merkley.



*Figure 6*
Hopkins was captured on video walking through the Crypt and recording on his cell phone.



*Figure 7*
Hopkins continued to record as he walked through the Capitol building.



*Figure 8*

At this point, Hopkins turned around and retraced his path.



*Figure 9*

Hopkins turned his phone to capture an image of himself with a bust of Winston Churchill.



*Figure 10*
Hopkins was seen making his way back to the Senate Wing Door.



*Figure 11*
Hopkins exited the building at approximately 3:15 PM.

A search warrant served on HOPKINS' Facebook profile revealed the following photograph in a private message on January 6th, 2021:



*Figure 12*

Apple, Inc. confirmed that two Apple IDs were associated with HOPKINS' phone number, 816-809-6901. Apple ID kvohiphone@gmail.com was registered to Kasey Hopkins at 3 N. 80th Place Kansas City, KS as the subscriber. Additionally, the Apple ID statelineextkc@gmail.com with the subscriber name Stateline Exteriors at 3 N. 80th Place was linked to HOPKINS' number. Both of these Apple IDs utilized iCloud to back up their account data, such as photographs, messages, etc.

A search warrant served to Apple on April 13, 2022 revealed the following photos from HOPKINS' account:



*Figure 13*
Hopkins near the Washington Monument. The timestamp for this photo was 11:25 AM on
January 6, 2021.



*Figure 14*

A photo from outside of the Capitol building; the timestamp was 4:02 PM on January 6, 2021.

After meeting with HOPKINS and having reviewed the photos of HOPKINS from his driver's license, I believe that the person identified as HOPKINS in the above photographs and videos is HOPKINS.

Based on the foregoing, your affiant submits that there is probable cause to believe that HOPKINGS violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that HOPKINS violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____

Vincent Kingston
Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 4th day of August 2022.

_____

HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE