AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. : 22–mj–00174 |
| Kasey Von Owen Hopkins ) | Assigned To: Magistrate Judge Meriweather, Robin M. |
| ) | Assign. Date : 8/4/2022 |
| ) | Description: Complaint with Arrest Warrant |
| Defendant ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Kasey Von Owen Hopkins_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 08/04/2022                                        2022.08.04 17:18:23 -04'00'
                                                        _____
                                                        *Issuing officer's signature*

City and state:  Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 08-04-2022, and the person was arrested on *(date)* 08-05-2022
at *(city and state)* Kansas City, KS.

Date: 08-05-2022
                                                        _____
                                                        *Arresting officer's signature*

                                                        Vincent Kingston, FBI TFO
                                                        *Printed name and title*