IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 22-MJ-174 (RMM) |
| | ) | |
| | ) | |
| KASEY HOPKINS | ) | |

**Motion for admission of attorney John Osgood *Pro Hac Vice***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant Kasey Hopkins moves for the admission and appearance of attorney John Osgood *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mr. Osgood, filed herewith.  As set forth in Mr. Osgood's declaration, he is admitted and an active member in good standing in the following courts and bars:

Oklahoma Bar Association
Missouri Bar Association
Kansas Federal Bar
US District Court, EDO
US District Court, WDO
US District Court, Kansas
US 10th Circuit Court of Appeals
US 8th Circuit Court of Appeals
US Supreme Court
United Court of Appeals for the Armed Forces


This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

KIRA ANNE WEST

*/s/ Kira Anne West*

DC Bar No. 993523  
712 H Street N.E., Unit #509  
Washington, D.C. 20002  
Phone: 202-236-2042  
kiraannewest@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 15th day of August 2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Kira Anne West*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 22-MJ-174 (RMM) |
| | ) | |
| | ) | |
| KASEY HOPKINS | ) | |

**ORDER**

Pending before the Court is the motion of defendant KASEY HOPKINS seeking admission of his attorney, JOHN OSGOOD, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Osgood's *pro hac vice* admission to this Court. Attorney Osgood shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, attorney Osgood is permitted to execute all pleadings in this case without the necessity of Attorney Kira Anne West being required to also execute all pleadings in this case

SO ORDERED this _____ day of August, 2022.

_____
Robin M. Meriweather
United States Magistrate Judge