IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                ) | CASE NO. 22-CR-270 (CJN) |
| ) | JUDGE NICHOLS |
| ) | |
| LANDON MANWARING               ) | |

**DECLARATION OF CARA TANGARO IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

I, Cara Tangaro, hereby declare;

1. My name, office address, and telephone number are as follows:

    TANGARO LAW
    35 West Broadway, Suite 203
    Salt Lake City, UT 84101

    Telephone: 801-673-9984

2. I have been admitted to the following courts and bars: Utah, state and federal

    Bar number 9197

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise.

4. I have not been previously admitted *pro hac vice* in this Court, in the last two years, or otherwise.

1

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

*Cara Tangaro*
Cara Tangaro